**Dismissed and Opinion Filed April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00008-CV

## PATSY J. TAYLOR, Appellant

### V.

## ESMERALDA HERNANDEZ, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09098**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 5, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 5, 2016, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 19, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or

arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. Both notices and letter were sent to the address provided by appellant with her notice of appeal, and both notices and letter were returned as "not deliverable as addressed." To date, appellant has not provided a current address, paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b),(c).

/Carolyn Wright/

CAROLYN WRIGHT

160008F.P05

CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PATSY J. TAYLOR, Appellant

No. 05-16-00008-CV      V.

ESMERALDA HERNANDEZ, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-09098.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Esmeralda Hernandez recover her costs, if any, of this appeal from appellant Patsy J. Taylor.

Judgment entered April 25, 2016.